IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARCUS TAYLOR**                                                                                          **PLAINTIFF**

v.                                        **CASE NO. 2:21-CV-00112-BSM**

**JOHN YATES**                                                                                              **DEFENDANT**

## ORDER

Having reviewed the record *de novo*, Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 10] is adopted and Taylor's petition for habeas relief [Doc. No. 1] is dismissed without prejudice for lack of subject matter jurisdiction. Taylor's emergency motion to take judicial notice [Doc. No. 9] is denied as moot.

IT IS SO ORDERED this 28th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE