IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARCUS TAYLOR**                                                                                   **PLAINTIFF**

v.                                      **CASE NO. 2:21-CV-00112-BSM**

**JOHN YATES**                                                                                        **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 28th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE